IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00456-CMA

MACBAIN PROPERTIES (COLORADO) INC.,
a Colorado corporation,

      Plaintiff,

and

GREAT NORTHERN INSURANCE COMPANY,
an Indiana insurance corporation,

      Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

{00701249.2}

/s Joshua W. Golden
Joshua W. Golden, Esq.
106 E. 6th Street, Suite 900
Austin, TX 78701
Telephone: 512-717-5425
E-Mail: jgolden@phillipsgolden.com

/s Fritz W. Ganz
Fritz W. Ganz
2619 Champa Street
Denver, CO 80205
Telephone: 720-837-5124
E-Mail: fritz@ganz.legal

*Attorneys for Plaintiff*

/s Jeri J. Wettestad
Amy M. Samberg
Jeri J. Wettestad
Foran Glennon
1600 Broadway, Suite 2425
Denver, CO 80202
Telephone: 720-336-2244
E-Mail: jwettestad@fgppr.com
*Attorney for Defendant*

**SO ORDERED**

Dated: July 30, 2018

_____
Hon. Kristen L. Mix
United States Magistrate Judge